# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 18-1465V
(not to be published)

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
ANNTOINETTE REYNOLDS, on behalf of              *
MICHAEL REYNOLDS (DECEASED),                    *
                                                *   Filed: May 29, 2019
                                                *
                                                *
                    Petitioner,                 *   Rule 21(a); No Judgment; Order
                                                *   Concluding Proceedings
        v.                                      *
                                                *
SECRETARY OF HEALTH AND                         *
HUMAN SERVICES,                                 *
                                                *
                    Respondent.                 *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS

On May 28, 2019, Petitioner filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a) in the above-captioned case. *See* Joint Stipulation of Dismissal, dated Apr. 22, 2019 (ECF No. 11).

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

Brian H. Corcoran
Special Master